No. 1046. EL PUEBLO, APELADO, *v.* CIURÓ ET AL., APELAN-TES.—Delito contra la justicia pública.  San Juan, Sección 2ª.  Mayo 18, 1916. *Revocada la sentencia y absueltos los acu-sados.*

————

No. 1446. DÍAZ ET AL., APELADOS, *v.* CIVIDANES, APELANTE.—Administración judicial.  (Nombramiento de administrador interino.)  Guayama.  Mayo 18, 1916. *Ordenado el sobre-seimiento y archivo del recurso por carecer de finalidad práctica.*

————

No. 1043. EL PUEBLO, APELADO, *v.* ALLENDE, APELANTE.—Acometimiento y agresión grave.  San Juan, Sección 2ª.  Mayo 22, 1916. *Confirmada la sentencia.*

————

No. 1508. PIERALDI ET AL., APELADOS, *v.* SUCESIÓN CURET, APELANTE.—Liquidación de sociedad agrícola y otros extre-mos.  Ponce.  Mayo, 23, 1916. *Desistida la apelación.*

————

No. 1476. ESTRUCH, APELANTE, *v.* LAGUÁ ET AL., APELADOS.—Nulidad de escrituras.  Ponce.  Mayo 23, 1916. *Desestimada la apelación.*

————

No. 1013. EL PUEBLO, APELADO, *v.* COBIÁN, APELANTE.—Falsa representación.

No 1041. EL PUEBLO, APELADO, *v.* PÉREZ, APELANTE.—Aco-metimiento y agresión grave.  San Juan, Sección 2ª.  Mayo 23, 1916. *Confirmadas las sentencias.*

————

No. 1010. EL PUEBLO, APELADO, *v.* MORALES ET AL., APELAN-TES.—Alterar la paz.  San Juan, Sección 2ª.  Mayo 25, 1916. *Confirmada la sentencia.*